```
                    705144

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
CHARLIE R JESSEE, TRUSTEE

ABINGDON                VA   24210-
```

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 07-71483 | $ 0.00 | 1 | $ 6.26 |
| SMALL DIVID CH 7 < $5 | | | |
| DONNY & BARBARA RATLIFF | | | |

| TOTAL: | $ 6.26 |
|---|---|

CASH:       CHECKS: √     MONEY ORDERS:

Clerk : S. JONES
Date  : 08/27/2009

Date: 08/21/09                      **DIVIDENDS REMITTED TO THE COURT**              Page: 1

Check Number 3020 Dated 08/21/09
Case Number 07-71483 - RATLIFF, DONNY RAY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BLUE RIDGE RADIOLOGY<br>3053 WEST STATE STREET<br>BRISTOL TN 37620 | 000015 | 29.00 | 1.50 |
| Verizon Wireless Northeast<br>PO Box 3397<br>Bloomington, IL 61701 | 000020 | 91.92 | 4.76 |
| ---------- Remittance Total --------------- | | 120.92 | 6.26 |

_____
CHARLIE JESSEE, TRUSTEE

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
AUG 2 7 2009
BY _____ DEPUTY CLERK

COURT1                                                                  Printed: 08/21/09 07:20 AM    Ver: 14.31c